**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7866

DWAYNE DION BACON,

                               Plaintiff - Appellant,

          versus

MR. WRIGHT; MRS. MORTON,

                               Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(8:06-cv-01678-AW; 8:06-cv-01679-AW)

Submitted: August 8, 2007            Decided: August 29, 2007

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwayne Dion Bacon, Appellant Pro Se. Carol Saffran Brinks, HOWARD
COUNTY OFFICE OF LAW, Ellicott City, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Dion Bacon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bacon v. Wright, Nos. 8:06-cv-01678-AW; 8:06-cv-01679-AW (D. Md. filed Oct. 16, 2006 & entered Oct. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED